THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ELMER KEVLON, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* GEORGE ARTHUR, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* DOMINICK DI MAGGIO, Respondent.

(Submitted February 13, 1928; decided February 24, 1928.)

Motions for reargument denied. (See 247 N. Y. 192, 518, 519.)

JAMES A. BEHA, Superintendent of Insurance of the State of New York, Appellant, *v.* WILLIAM L. WEINSTOCK, Respondent.

(Submitted February 13, 1928; decided February 24, 1928.).

Motion for reargument or to amend remittur denied, with ten dollars costs and necessary printing disbursements. (See 247 N. Y. 221.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. SCHIEFFELIN, Respondent, *v.* JAMES J. WALKER, as Mayor of the City of New York, et al., Constituting the Board of Estimate and Apportionment of the City of New York, Appellants.

CHARLES W. BERRY, as Comptroller of the City of New York, Respondent.

(Submitted February 24, 1928; decided March 1, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 247 N. Y. 320.)